From: JPMLCMECF@jpml.uscourts.gov
To: JPMLCMDECF@jpml.uscourts.gov
Date: 05/10/2019 07:16 AM
Subject: Activity in Case MDL No. 2804 IN RE: National Prescription Opiate Litigation CTO Final Minute Order (Clerks)

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

**United States**

**United States Judicial Panel on Multidistrict Litigation**

**Notice of Electronic Filing**

1

The following transaction was entered on 5/10/2019 at 8:15 AM EDT and filed on 5/10/2019

| | |
|---|---|
| Case Name: | IN RE: National Prescription Opiate Litigation |
| Case Number: | MDL No. 2804 |
| Filer: | |
| Document Number: | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS** - Conditional Transfer Order (CTO-91) Finalized on 5/10/19. Please see pleading (3 in GAM/7:19-cv-00061, 3 in ID/1:19-cv-00151, 4 in ILS/3:19-cv-00442, 3 in MA/1:19-cv-11009, [4326] in MDL No. 2804, 3 in NM/1:19-cv-00371, 3 in NM/1:19-cv-00375, 3 in NM/2:19-cv-00370, 3 in NM/2:19-cv-00372, 3 in NM/2:19-cv-00374, 4 in PAM/3:19-cv-00698, 3 in RI/1:19-cv-00203, 3 in SC/3:19-cv-01207, 4 in WIE/2:19-cv-00611).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Ohio for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 5/10/2019.

Associated Cases: MDL No. 2804, GAM/7:19-cv-00061, ID/1:19-cv-00151, ILS/3:19-cv-00442, MA/1:19-cv-11009, NM/1:19-cv-00371, NM/1:19-cv-00375, NM/2:19-cv-00370, NM/2:19-cv-00372, NM/2:19-cv-00374, PAM/3:19-cv-00698, RI/1:19-cv-00203, SC/3:19-cv-01207, WIE/2:19-cv-00611 (CMD)

| | |
|---|---|
| Case Name: | ADEL GEORGIA v. PURDUE PHARMA LP et al |
| Case Number: | GAM/7:19-cv-00061 |
| Filer: | |
| Document Number: | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS** - Conditional Transfer Order (CTO-91) Finalized on 5/10/19. Please see pleading (3 in GAM/7:19-cv-00061, 3 in ID/1:19-cv-00151, 4 in ILS/3:19-cv-00442, 3 in MA/1:19-cv-11009, [4326] in MDL No. 2804, 3 in NM/1:19-cv-00371, 3 in NM/1:19-cv-

00375, 3 in NM/2:19-cv-00370, 3 in NM/2:19-cv-00372, 3 in NM/2:19-cv-00374, 4 in PAM/3:19-cv-00698, 3 in RI/1:19-cv-00203, 3 in SC/3:19-cv-01207, 4 in WIE/2:19-cv-00611).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Ohio for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 5/10/2019.

Associated Cases: MDL No. 2804, GAM/7:19-cv-00061, ID/1:19-cv-00151, ILS/3:19-cv-00442, MA/1:19-cv-11009, NM/1:19-cv-00371, NM/1:19-cv-00375, NM/2:19-cv-00370, NM/2:19-cv-00372, NM/2:19-cv-00374, PAM/3:19-cv-00698, RI/1:19-cv-00203, SC/3:19-cv-01207, WIE/2:19-cv-00611 (CMD)

| | |
|---|---|
| Case Name: | Board of County Commissioners of the County of Sierra v. AmerisourceBergen Drug Corporation et al |
| Case Number: | NM/2:19-cv-00372 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-91) Finalized on 5/10/19. Please see pleading (3 in GAM/7:19-cv-00061, 3 in ID/1:19-cv-00151, 4 in ILS/3:19-cv-00442, 3 in MA/1:19-cv-11009, [4326] in MDL No. 2804, 3 in NM/1:19-cv-00371, 3 in NM/1:19-cv-00375, 3 in NM/2:19-cv-00370, 3 in NM/2:19-cv-00372, 3 in NM/2:19-cv-00374, 4 in PAM/3:19-cv-00698, 3 in RI/1:19-cv-00203, 3 in SC/3:19-cv-01207, 4 in WIE/2:19-cv-00611).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Ohio for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 5/10/2019.

Associated Cases: MDL No. 2804, GAM/7:19-cv-00061, ID/1:19-cv-00151, ILS/3:19-cv-00442, MA/1:19-cv-11009, NM/1:19-cv-00371, NM/1:19-cv-00375, NM/2:19-cv-00370, NM/2:19-cv-00372,

NM/2:19-cv-00374, PAM/3:19-cv-00698, RI/1:19-cv-00203, SC/3:19-cv-01207, WIE/2:19-cv-00611 (CMD)

| | |
|---|---|
| Case Name: | Wilkes-Barre Township, Pennsylvania v. Purdue Pharma, L.P. et al |
| Case Number: | PAM/3:19-cv-00698 |
| Filer: | |
| Document Number: | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-91) Finalized on 5/10/19. Please see pleading (3 in GAM/7:19-cv-00061, 3 in ID/1:19-cv-00151, 4 in ILS/3:19-cv-00442, 3 in MA/1:19-cv-11009, [4326] in MDL No. 2804, 3 in NM/1:19-cv-00371, 3 in NM/1:19-cv-00375, 3 in NM/2:19-cv-00370, 3 in NM/2:19-cv-00372, 3 in NM/2:19-cv-00374, 4 in PAM/3:19-cv-00698, 3 in RI/1:19-cv-00203, 3 in SC/3:19-cv-01207, 4 in WIE/2:19-cv-00611).**

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Ohio for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

**Signed by Clerk of the Panel John W. Nichols on 5/10/2019.**

**Associated Cases:** MDL No. 2804, GAM/7:19-cv-00061, ID/1:19-cv-00151, ILS/3:19-cv-00442, MA/1:19-cv-11009, NM/1:19-cv-00371, NM/1:19-cv-00375, NM/2:19-cv-00370, NM/2:19-cv-00372, NM/2:19-cv-00374, PAM/3:19-cv-00698, RI/1:19-cv-00203, SC/3:19-cv-01207, WIE/2:19-cv-00611 (CMD)

| | |
|---|---|
| Case Name: | Bishop et al v. Purdue Pharma L.P. et al |
| Case Number: | ILS/3:19-cv-00442 |
| Filer: | |
| Document Number: | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-91) Finalized on 5/10/19. Please see pleading (3 in GAM/7:19-cv-00061, 3 in ID/1:19-cv-00151, 4 in ILS/3:19-cv-**

00442, 3 in MA/1:19-cv-11009, [4326] in MDL No. 2804, 3 in NM/1:19-cv-00371, 3 in NM/1:19-cv-00375, 3 in NM/2:19-cv-00370, 3 in NM/2:19-cv-00372, 3 in NM/2:19-cv-00374, 4 in PAM/3:19-cv-00698, 3 in RI/1:19-cv-00203, 3 in SC/3:19-cv-01207, 4 in WIE/2:19-cv-00611).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Ohio for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 5/10/2019.

Associated Cases: MDL No. 2804, GAM/7:19-cv-00061, ID/1:19-cv-00151, ILS/3:19-cv-00442, MA/1:19-cv-11009, NM/1:19-cv-00371, NM/1:19-cv-00375, NM/2:19-cv-00370, NM/2:19-cv-00372, NM/2:19-cv-00374, PAM/3:19-cv-00698, RI/1:19-cv-00203, SC/3:19-cv-01207, WIE/2:19-cv-00611 (CMD)

| | |
|---|---|
| Case Name: | City of Woonsocket, Rhode Island v. Amerisourcebergen Drug Corporation et al |
| Case Number: | RI/1:19-cv-00203 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-91) Finalized on 5/10/19. Please see pleading (3 in GAM/7:19-cv-00061, 3 in ID/1:19-cv-00151, 4 in ILS/3:19-cv-00442, 3 in MA/1:19-cv-11009, [4326] in MDL No. 2804, 3 in NM/1:19-cv-00371, 3 in NM/1:19-cv-00375, 3 in NM/2:19-cv-00370, 3 in NM/2:19-cv-00372, 3 in NM/2:19-cv-00374, 4 in PAM/3:19-cv-00698, 3 in RI/1:19-cv-00203, 3 in SC/3:19-cv-01207, 4 in WIE/2:19-cv-00611).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Ohio for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 5/10/2019.

Associated Cases: MDL No. 2804, GAM/7:19-cv-00061, ID/1:19-cv-00151, ILS/3:19-cv-00442, MA/1:19-cv-11009, NM/1:19-cv-00371, NM/1:19-cv-00375, NM/2:19-cv-00370, NM/2:19-cv-00372,

NM/2:19-cv-00374, PAM/3:19-cv-00698, RI/1:19-cv-00203, SC/3:19-cv-01207, WIE/2:19-cv-00611 (CMD)

| | |
|---|---|
| Case Name: | Board of County Commissioners of the County of Cibola v. AmerisourceBergen Drug Corporation et al |
| Case Number: | NM/1:19-cv-00371 |
| Filer: | |
| Document Number: | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-91) Finalized on 5/10/19.** Please see pleading (3 in GAM/7:19-cv-00061, 3 in ID/1:19-cv-00151, 4 in ILS/3:19-cv-00442, 3 in MA/1:19-cv-11009, [4326] in MDL No. 2804, 3 in NM/1:19-cv-00371, 3 in NM/1:19-cv-00375, 3 in NM/2:19-cv-00370, 3 in NM/2:19-cv-00372, 3 in NM/2:19-cv-00374, 4 in PAM/3:19-cv-00698, 3 in RI/1:19-cv-00203, 3 in SC/3:19-cv-01207, 4 in WIE/2:19-cv-00611).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Ohio for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

**Signed by Clerk of the Panel John W. Nichols on 5/10/2019.**

Associated Cases: MDL No. 2804, GAM/7:19-cv-00061, ID/1:19-cv-00151, ILS/3:19-cv-00442, MA/1:19-cv-11009, NM/1:19-cv-00371, NM/1:19-cv-00375, NM/2:19-cv-00370, NM/2:19-cv-00372, NM/2:19-cv-00374, PAM/3:19-cv-00698, RI/1:19-cv-00203, SC/3:19-cv-01207, WIE/2:19-cv-00611 (CMD)

| | |
|---|---|
| Case Name: | Board of County Commissioners of the County of Catron v. AmerisourceBergen Drug Corporation et al |
| Case Number: | NM/2:19-cv-00370 |
| Filer: | |
| Document Number: | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-91) Finalized on 5/10/19.** Please see pleading (3 in GAM/7:19-cv-00061, 3 in ID/1:19-cv-00151, 4 in ILS/3:19-cv-

00442, 3 in MA/1:19-cv-11009, [4326] in MDL No. 2804, 3 in NM/1:19-cv-00371, 3 in NM/1:19-cv-00375, 3 in NM/2:19-cv-00370, 3 in NM/2:19-cv-00372, 3 in NM/2:19-cv-00374, 4 in PAM/3:19-cv-00698, 3 in RI/1:19-cv-00203, 3 in SC/3:19-cv-01207, 4 in WIE/2:19-cv-00611).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Ohio for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 5/10/2019.

Associated Cases: MDL No. 2804, GAM/7:19-cv-00061, ID/1:19-cv-00151, ILS/3:19-cv-00442, MA/1:19-cv-11009, NM/1:19-cv-00371, NM/1:19-cv-00375, NM/2:19-cv-00370, NM/2:19-cv-00372, NM/2:19-cv-00374, PAM/3:19-cv-00698, RI/1:19-cv-00203, SC/3:19-cv-01207, WIE/2:19-cv-00611 (CMD)

| | |
|---|---|
| Case Name: | Bannock County v. Purdue Pharma, L.P. et al |
| Case Number: | ID/1:19-cv-00151 |
| Filer: | |
| Document Number: | No document attached |

Docket Text:
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-91) Finalized on 5/10/19. Please see pleading (3 in GAM/7:19-cv-00061, 3 in ID/1:19-cv-00151, 4 in ILS/3:19-cv-00442, 3 in MA/1:19-cv-11009, [4326] in MDL No. 2804, 3 in NM/1:19-cv-00371, 3 in NM/1:19-cv-00375, 3 in NM/2:19-cv-00370, 3 in NM/2:19-cv-00372, 3 in NM/2:19-cv-00374, 4 in PAM/3:19-cv-00698, 3 in RI/1:19-cv-00203, 3 in SC/3:19-cv-01207, 4 in WIE/2:19-cv-00611).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Ohio for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 5/10/2019.

Associated Cases: MDL No. 2804, GAM/7:19-cv-00061, ID/1:19-cv-00151, ILS/3:19-cv-00442, MA/1:19-cv-11009, NM/1:19-cv-00371, NM/1:19-cv-00375, NM/2:19-cv-00370, NM/2:19-cv-00372,

NM/2:19-cv-00374, PAM/3:19-cv-00698, RI/1:19-cv-00203, SC/3:19-cv-01207, WIE/2:19-cv-00611 (CMD)

| | |
|---|---|
| Case Name: | Schneider v. Purdue Pharma LP et al |
| Case Number: | WIE/2:19-cv-00611 |
| Filer: | |
| Document Number: | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-91) Finalized on 5/10/19. Please see pleading (3 in GAM/7:19-cv-00061, 3 in ID/1:19-cv-00151, 4 in ILS/3:19-cv-00442, 3 in MA/1:19-cv-11009, [4326] in MDL No. 2804, 3 in NM/1:19-cv-00371, 3 in NM/1:19-cv-00375, 3 in NM/2:19-cv-00370, 3 in NM/2:19-cv-00372, 3 in NM/2:19-cv-00374, 4 in PAM/3:19-cv-00698, 3 in RI/1:19-cv-00203, 3 in SC/3:19-cv-01207, 4 in WIE/2:19-cv-00611).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Ohio for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel John W. Nichols on 5/10/2019.**

**Associated Cases: MDL No. 2804, GAM/7:19-cv-00061, ID/1:19-cv-00151, ILS/3:19-cv-00442, MA/1:19-cv-11009, NM/1:19-cv-00371, NM/1:19-cv-00375, NM/2:19-cv-00370, NM/2:19-cv-00372, NM/2:19-cv-00374, PAM/3:19-cv-00698, RI/1:19-cv-00203, SC/3:19-cv-01207, WIE/2:19-cv-00611 (CMD)**

| | |
|---|---|
| Case Name: | Board of County Commissioners of the County of Valencia v. AmerisourceBergen Drug Corporation et al |
| Case Number: | NM/1:19-cv-00375 |
| Filer: | |
| Document Number: | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-91) Finalized on 5/10/19. Please see pleading (3 in GAM/7:19-cv-00061, 3 in ID/1:19-cv-00151, 4 in ILS/3:19-cv-**

00442, 3 in MA/1:19-cv-11009, [4326] in MDL No. 2804, 3 in NM/1:19-cv-00371, 3 in NM/1:19-cv-00375, 3 in NM/2:19-cv-00370, 3 in NM/2:19-cv-00372, 3 in NM/2:19-cv-00374, 4 in PAM/3:19-cv-00698, 3 in RI/1:19-cv-00203, 3 in SC/3:19-cv-01207, 4 in WIE/2:19-cv-00611).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Ohio for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 5/10/2019.

Associated Cases: MDL No. 2804, GAM/7:19-cv-00061, ID/1:19-cv-00151, ILS/3:19-cv-00442, MA/1:19-cv-11009, NM/1:19-cv-00371, NM/1:19-cv-00375, NM/2:19-cv-00370, NM/2:19-cv-00372, NM/2:19-cv-00374, PAM/3:19-cv-00698, RI/1:19-cv-00203, SC/3:19-cv-01207, WIE/2:19-cv-00611 (CMD)

| | |
|---|---|
| **Case Name:** | City of Somerville v. Purdue Pharma L.P. et al |
| **Case Number:** | MA/1:19-cv-11009 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-91) Finalized on 5/10/19. Please see pleading (3 in GAM/7:19-cv-00061, 3 in ID/1:19-cv-00151, 4 in ILS/3:19-cv-00442, 3 in MA/1:19-cv-11009, [4326] in MDL No. 2804, 3 in NM/1:19-cv-00371, 3 in NM/1:19-cv-00375, 3 in NM/2:19-cv-00370, 3 in NM/2:19-cv-00372, 3 in NM/2:19-cv-00374, 4 in PAM/3:19-cv-00698, 3 in RI/1:19-cv-00203, 3 in SC/3:19-cv-01207, 4 in WIE/2:19-cv-00611).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opp ortunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Ohio for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 5/10/2019.

Associated Cases: MDL No. 2804, GAM/7:19-cv-00061, ID/1:19-cv-00151, ILS/3:19-cv-00442, MA/1:19-cv-11009, NM/1:19-cv-00371, NM/1:19-cv-00375, NM/2:19-cv-00370, NM/2:19-cv-00372,

NM/2:19-cv-00374, PAM/3:19-cv-00698, RI/1:19-cv-00203, SC/3:19-cv-01207, WIE/2:19-cv-00611 (CMD)

| | |
|---|---|
| Case Name: | Richland County South Carolina v. Purdue Pharma LP et al |
| Case Number: | SC/3:19-cv-01207 |
| Filer: | |
| Document Number: | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-91) Finalized on 5/10/19. Please see pleading (3 in GAM/7:19-cv-00061, 3 in ID/1:19-cv-00151, 4 in ILS/3:19-cv-00442, 3 in MA/1:19-cv-11009, [4326] in MDL No. 2804, 3 in NM/1:19-cv-00371, 3 in NM/1:19-cv-00375, 3 in NM/2:19-cv-00370, 3 in NM/2:19-cv-00372, 3 in NM/2:19-cv-00374, 4 in PAM/3:19-cv-00698, 3 in RI/1:19-cv-00203, 3 in SC/3:19-cv-01207, 4 in WIE/2:19-cv-00611).**

**As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.**

**The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Ohio for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.**

**Signed by Clerk of the Panel John W. Nichols on 5/10/2019.**

**Associated Cases: MDL No. 2804, GAM/7:19-cv-00061, ID/1:19-cv-00151, ILS/3:19-cv-00442, MA/1:19-cv-11009, NM/1:19-cv-00371, NM/1:19-cv-00375, NM/2:19-cv-00370, NM/2:19-cv-00372, NM/2:19-cv-00374, PAM/3:19-cv-00698, RI/1:19-cv-00203, SC/3:19-cv-01207, WIE/2:19-cv-00611 (CMD)**

| | |
|---|---|
| Case Name: | Board of County Commissioners of the County of Socorro v. AmerisourceBergen Drug Corporation et al |
| Case Number: | NM/2:19-cv-00374 |
| Filer: | |
| Document Number: | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER - TO INVOLVED CLERKS - Conditional Transfer Order (CTO-91) Finalized on 5/10/19. Please see pleading (3 in GAM/7:19-cv-00061, 3 in ID/1:19-cv-00151, 4 in ILS/3:19-cv-**

00442, 3 in MA/1:19-cv-11009, [4326] in MDL No. 2804, 3 in NM/1:19-cv-00371, 3 in NM/1:19-cv-00375, 3 in NM/2:19-cv-00370, 3 in NM/2:19-cv-00372, 3 in NM/2:19-cv-00374, 4 in PAM/3:19-cv-00698, 3 in RI/1:19-cv-00203, 3 in SC/3:19-cv-01207, 4 in WIE/2:19-cv-00611).

As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer.

The 7-day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. Ohio for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred.

Signed by Clerk of the Panel John W. Nichols on 5/10/2019.

Associated Cases: MDL No. 2804, GAM/7:19-cv-00061, ID/1:19-cv-00151, ILS/3:19-cv-00442, MA/1:19-cv-11009, NM/1:19-cv-00371, NM/1:19-cv-00375, NM/2:19-cv-00370, NM/2:19-cv-00372, NM/2:19-cv-00374, PAM/3:19-cv-00698, RI/1:19-cv-00203, SC/3:19-cv-01207, WIE/2:19-cv-00611 (CMD)

No public notice (electronic or otherwise) sent because the entry is private