# U.S. District Court
## District of Idaho (LIVE Database)Version 6.2.2 (Boise – Southern)
## CIVIL DOCKET FOR CASE #: 1:19–cv–00151–CWD

Bannock County v. Purdue Pharma, L.P. et al
Assigned to: Judge Candy W. Dale
Case in other court: Northern District of Ohio, MDL 2804
Cause: 28:1332 Diversity–Racketeering (RICO) Act

Date Filed: 04/24/2019
Date Terminated: 05/10/2019
Jury Demand: Plaintiff
Nature of Suit: 470 Racketeer/Corrupt Organization
Jurisdiction: Diversity

**Plaintiff**

**Bannock County**     represented by     **Daniel E Mooney**
Mooney Wieland PLLC
405 S. 8th Street, Ste. 295
Boise, ID 83702
United Sta
208–401–9219
Email: daniel.mooney.service@mooneywieland.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carl J Withroe**
Mooney Wieland PLLC
802 W. Bannock St.
Ste. 500
Boise, ID 83702
208–401–9219
Email: carl.withroe@mooneywieland.com
*ATTORNEY TO BE NOTICED*

**Steven P Wieland**
Mooney Wieland PLLC
802 W. Bannock St., Ste 500
Boise, ID 83702
208–401–9219
Fax: 208–401–9218
Email: steven.wieland.service@mooneywieland.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Purdue Pharma, L.P.**
*a Delaware limited partnership*

**Defendant**

**Cephalon, Inc.**
*a Delaware corporation*

**Defendant**

**Teva Pharmaceutical Industries Ltd**
*a company incorporated under the laws of the*
*State of Israel*

**Defendant**

**Teva Pharmaceuticals USA, Inc.**
*a Delaware corporation*

**Defendant**

**Endo International PLC**
*a public limited company incorporated the*
*laws of the State of Ireland*

**Defendant**

**Endo Pharmaceuticals, Inc.**
*a Delaware corporation*

**Defendant**

**Janssen Pharmaceuticals, Inc.**
*a New Jersy corporation*

**Defendant**

**Insys Therapeutics, Inc.**
*a Delaware corporation*

**Defendant**

**Mallinckrodt, PLC**
*a public limited company incorporated under*
*the laws of the State of Ireland*

**Defendant**

**Mallinckrodt, LLC**
*a Delaware limited liability company*

**Defendant**

**Allergan Plc**
*a public limited company incorporated under*
*the laws of the State of Ireland*
*formerly known as*
Actavis PLC

**Defendant**

**Watson Pharmaceuticals, Inc.**
*a Delaware limited liability company*

*now known as*
Actavis, Inc

**Defendant**

**Watson Laboratories, Inc.**
*a Nevada corporation*

**Defendant**

**Actavis LLC**
*a Delaware limited liability company*

**Defendant**

**Actavis Pharma, Inc.**
*a Delaware corporation*
*formerly known as*
Watson Pharma, Inc

**Defendant**

**Amerisourcebergen Corporation**
*a Delaware corporation*

**Defendant**

**Cardinal Health, Inc.**
*a Delaware corporation*

**Defendant**

**McKesson Corporation**
*a Delaware Corporation*

**Defendant**

**Omnicare Distribution Center LLC**
*a Delaware limited liability company*

**Defendant**

**Masters Pharmaceutical, Inc**
*an Ohio limited liability company*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 04/24/2019 | Ï 1 | COMPLAINT against All Defendants ( Filing fee $ 400 receipt number 0976–1879269.), filed by All Plaintiffs.(Mooney, Daniel) |
| 04/24/2019 | Ï 2 | Civil Cover Sheet re 1 Complaint filed by Bannock County. (Mooney, Daniel) (Main Document 2 replaced on 4/26/2019 with PDF that can't be edited) (km). |
| 05/10/2019 | Ï 3 | Conditional Transfer Order (CTO–91) MDL 2804 (Attachments: # 1 Conditional Transfer Order Finalized, # 2 Minute Order)(jp) (Entered: 05/31/2019) |
| 05/10/2019 | Ï 4 | |

ORDER TRANSFERRING CASE TO MDL PANEL for Northern District of Ohio (MDL 2804) (caused to be mailed to non Registered Participants at the addresses listed on the Notice of Electronic Filing (NEF) by (jp) (Entered: 05/31/2019)